UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK L. SHARP,<br><br>  Plaintiff<br><br>v.<br><br>CAPURRO TRUCKING,<br><br>  Defendant | Case No.: 3:22-cv-00071-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 1-1 |

Plaintiff has filed a document seeking an extension of time to file a civil action and pay the filing fee. (ECF No. 1-1.)

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.

In addition, the Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff's filing was not accompanied by an IFP application or the $402 filing fee (consisting of the $350 filing fee and $52 administrative fee).

Plaintiff's request to extend the time to file a civil action and pay the filing fee (ECF No. 1-1) is **DENIED**.

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to file a complaint, and to either file a completed IFP application or pay the full $402 filing fee.

If Plaintiff fails to timely comply with this Order, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: February 14, 2022

_____
Craig S. Denney
United States Magistrate Judge